IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BENNETT,

    Petitioner,                    No. CIV S-09-1992 GEB EFB P

    vs.

MATTHEW CATES, Warden,

    Respondent.                 AMENDED ORDER

                                  /

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. The court previously granted respondent a 30-day extension. Dckt. No. 17. Respondent has now requested a second extension of time to file and serve an answer to the petition for writ of habeas corpus. *See* Fed. R. Civ. P. 6(b). Respondent's counsel declares that other pressing work matters have prevented her from preparing the answer in this case. The court will grant respondent's request, but warns that, absent extraordinary circumstances, no further extensions of time will be granted.

The court's order of September 13, 2010 is hereby vacated, and it is ORDERED that respondent's September 7, 2010 motion, Dckt. No. 18, is granted and respondent shall file and serve an answer on or before October 14, 2010.

DATED: September 20, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE